UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Stark County, et al., | ) | CASE NO.: 5:11CV1322 (Lead Case) |
| | ) | 5:11CV2350 |
| Plaintiffs, | ) | JUDGE JOHN ADAMS |
| | ) | |
| John L. Ruth, et al., | ) | **ORDER OF CONSOLIDATION** |
| | ) | |
| Defendants. | ) | |

On November 3, 2011, Plaintiff United States of America moved to consolidate the action it filed, 5:11CV2350, with the previously-filed action before the Court, 5:11CV1322. The motion is GRANTED. Counsel shall file all pleadings and documents pertaining to any of these consolidated matters ONLY under case number 5:11CV1322 and NOT in the other individually filed matter. Any filing occurring in 5:11CV2350 shall be stricken by the Court. The Clerk is hereby directed to add the United States of America as a Plaintiff in 5:11CV1322.

Additionally, the United States of America is advised that it shall fully comply with the deadlines and obligations contained in the previously-entered CMC case plan (Doc. 22) in 5:11CV1322.

Based upon the order of consolidation, case number 5:11CV2350 is hereby CLOSED.

IT IS SO ORDERED.


November 10, 2011                    /s/ John R. Adams
                                     JUDGE JOHN R. ADAMS
                                     UNITED STATES DISTRICT JUDGE